**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DARYL SHARP,                          )
                                      )
            Plaintiff,                )
                                      )
    v.                                )        Civil Action No.: 1:18-cv-01411 (UNA)
                                      )
                                      )
TIMOTHY DOLAN,                        )
                                      )
            Defendant.                )

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of the Plaintiff's *pro se* Complaint

("Compl.") and Application for Leave to Proceed *in forma pauperis* ("IFP"). The Court will grant

the Plaintiff's Application for Leave to Proceed IFP and dismiss the case because the Complaint

fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil

Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d

661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of

the claim being asserted so that they can prepare a responsive answer and an adequate defense and

determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498

(D.D.C. 1977).

1

The Plaintiff brings an action against the Archbishop of New York, Cardinal Timothy Dolan, consisting of a set of wide-ranging grievances against the Catholic Church. Compl. at 3-6. The Plaintiff alleges that Catholic bishops are ". . . stealing from people, businesses [,] and the United States government," *id.* at 2, and are engaged in efforts to manipulate individuals "in this country and around the globe . . ." *Id.* at 4. Further, the Plaintiff alleges that the Catholic Church is responsible for various "terror attacks." *Id.* In addition to "500 trillion dollars" in damages, the Plaintiff prays that this Court assist in the mass conviction and incarceration of Catholic bishops. *Id.* at 1, 7.

The Complaint, as pled, fails to provide any notice of a claim or any basis of federal court jurisdiction. Therefore, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date:  July 27 , 2018

_____
United States District Judge